229 P.2d 357]

[S. F. No. 18287. In Bank. Mar. 30, 1951.]

C. L. TILDEN & COMPANY, Appellant, v. JAMES G. BRYANT, as Director of Department of Employment, Respondent.

Fabian D. Brown for Appellant.

Fred N. Howser and Edmund G. Brown, Attorneys General, Charles W. Johnson and William L. Shaw, Deputy Attorneys General, for Respondent.

THE COURT.—This appeal from a contempt judgment presents the same question as that involved in *John Breuner Co.* v. *Bryant, ante,* p. 877 [229 P.2d 356], decided this day, and on the authority of that case it must be held that the judgment is not appealable.

The motion to dismiss is granted, and the appeal is dismissed.